CA Nos. 21-4017; 21-4038; 21-4040

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| KENTA SETTLES,<br>    Plaintiff - Appellee [21-4017] Cross-Appellant [21-4038 & 21-4040],<br>v.<br>PATROLMAN MICHAEL MALAK; PATROLMAN ROBERT PITTS,<br>    Defendants - Appellants [21-4017] Cross-Appellees [21-4038 & 21-4040],<br>PATROLMAN BRIAN REGOVICH; PATROLMAN ROB JARZEMBAK; LIEUTENANT TODD VARGO,<br>    Defendants - Appellants [21-4017] Cross-Appellees [21-4038],<br>and<br>CITY OF GARFIELD HEIGHTS, OH,<br>    Defendant Appellee [21-4040]. | **STIPULATION<br>TO DISMISS** |

    Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeals may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

/s/ Daniel J. Rudary

Daniel James Rudary, Esq.
Attorney for PATROLMAN MICHAEL MALAK; PATROLMAN ROBERT PITTS; PATROLMAN BRIAN REGOVICH; PATROLMAN ROB JARZEMBAK; LIEUTENANT TODD VARGO; CITY OF GARFIELD HEIGHTS, OH

/s/ Jeremy A. Tor

Jeremy A. Tor, Esq.
Attorney for KENTA SETTLES

**CERTIFICATE OF SERVICE**

    The electronic signature above certifies that all counsel of record have been electronically served with this document as of the date of filing.